ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

CHRISTOFFER LEE (CABN 280360)
EMILY R. DAHLKE (CABN 322196)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    christoffer.lee@usdoj.gov
    emily.dahlke@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:23-mj-70759 MAG |
|     Plaintiff, | **SUPPLEMENTAL MEMORANDUM IN SUPPORT OF UNITED STATES' MOTION FOR DETENTION** |
|   v. | |
| MAURICIO HERNANDEZ, | |
|     Defendant. | Date: June 9, 2023<br>Time: 10:30 a.m.<br>Court: Hon. Sallie Kim |

## I. OVERVIEW

On June 6, 2023, the defendant made an initial appearance on the complaint charged in the above-captioned case. The government moved for the defendant's pre-trial detention. On June 8, 2023, the Court held a detention hearing. The defendant was present and represented by Assistant Federal Defender Angela Chuang. Assistant United States Attorney Emily Dahlke appeared for the government. Both counsel for the government and counsel for the defendant submitted proffers and arguments regarding detention. The Court asked for clarification on several points including: (1) the truthfulness and candor of the defendant and his proposed surety during the bail study interview and (2) the status of the defendant's history of failure to appear and bench warrants. The Court set the detention hearing over to June 9, 2023.

## II. DEFENDANT'S HISTORY OF ABSCONDING

On July 31, 2018, the defendant was charged with possession of drugs for sale by the San Francisco District Attorney's Office. On August 24, 2018, he entered a plea to a lesser felony, California Penal Code section 32, Felony Accessory. (Exhibit 1) On September 13, 2018, the *defendant failed to appear* for sentencing and a bench warrant was issued. (*Id.*) The defendant remained in bench warrant status on this case for over four years. (*Id.*) The bench warrant was discharged only when the defendant was arrested for new conduct on October 25, 2022. (*Id.*)

On October 25, 2022, the defendant was charged by the San Francisco District Attorney's Office with new felony conduct. On November 30, 2022, the defendant *failed to appear* for arraignment for his San Francisco Superior Court felony case. (Exhibit 2) A bench warrant was issued but stayed to December 7, 2022. (*Id.*) On December 7, 2022, the defendant *again failed to appear* and two bench warrants issued. (Exhibit 3) The defendant was in the wind until he was arrested on May 25, 2022.

On May 25, 2023, the defendant was arrested on his two outstanding felony bench warrants. He was taken into custody and charged by the San Francisco District Attorney with new felony charges. On May 25, 2023, the defendant was charged federally for his possession of fentanyl on October 25, 2022.

//

//

//

UNITED STATES' SUPPLEMENTAL DETENTION MEMO  2
3:23-mj-70759 MAG

### III. DEFENDANT'S HISTORY OF VIOLATING COURT ORDERS

The defendant has two court-ordered stay-aways. He is ordered to stay at least 150 yards away from 1101 Market Street. (Exhibit 4) He is also ordered to stay at least 150 yards away from 7th and Stevenson Street. (Exhibit 5) As depicted in the Google Maps image below, 7th and Stevenson Streets and 1101 Market Street are on adjacent blocks to each other. Mission Street is one block below Stevenson Street.

The defendant violated the Court ordered stay-away from 1101 Market Street on August 14, 2022, when he was recorded in the area of 7th and Mission, shooting at a man at point blank range, as depicted below.




The defendant violated the Court ordered stay-away from 1101 Market Street again on October 25, 2022, when he was arrested in the area of 7th and Stevenson, and possessed over 100 grams of fentanyl, a loaded firearm, and brass knuckles. After this arrest, the Court issued a stay away from 7th and Stevenson Streets. (Exhibit 5).

The defendant violated the Court ordered stay-away from 7th and Stevenson Streets on May 11, 2023, when he was video recorded in the area of 7th and Mission, depicted below.




The defendant violated the Court ordered stay-away from 7th and Stevenson Streets on May 18, 2023, when he was video recorded in the area of 7th and Mission, depicted below.




UNITED STATES' SUPPLEMENTAL DETENTION MEMO                                                            4
3:23-mj-70759 MAG

Finally, the defendant violated the Court's order on May 25, 2023, when he was arrested in the area of 7th and Mission and in possession of fentanyl and methamphetamine.

### IV.   CONCLUSION

Defendant cannot overcome the presumption that there are no conditions that will reasonably assure his appearance at court proceedings or ensure the safety of the community.  The defendant's history of absconding and disobeying Court orders demonstrates he is not amenable to release.  The Court should order Defendant detained pending trial.

DATED:  June 8, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/
EMILY R. DAHLKE
CHRISTOFFER LEE
Assistant United States Attorneys

# EXHIBIT 1

```
M09|08022018|AN |PD = STREETS/PHOENIX       DA = REINSTEDT/DANE          ACES
  |  1330   |   |DEFPRES=Y DEFSTAT=ACM   PLEA=Y NEWPLEA=  BW=
  |         |   |WAIVEIA=Y WJURY=  WRIGHTS=Y WTIME=N BAILDISP=
  |/CAL:ARRAIGNMENT/INTC/ /TEXT:DEFT ENT NG PLEA(S) & DEN OF ALLEG/PD/FAWC/DE
  |FTARR1/NTW/LDPX: 08-16-18/987,2/ACM/SAORD/SA2:1101 MARKET STREET, SF/SAOR
  |D3/CONTD: PRELIMINARY HEARING/DOP/
_____
S01|08092018|AD |1525|DEF MOT TO SUPP-FILED                               SCBN
_____
M09|08152018|HR |PD = STREETS/PHOENIX       DA = CEPHUS/JUSTINE           ACES
  |  0900   |   |DEFPRES=Y DEFSTAT=ACM   PLEA= NEWPLEA=  BW=
  |         |   |WAIVEIA=Y WJURY=  WRIGHTS=Y WTIME=  BAILDISP=
  |         |   |PROBSTAT=        PROBREV=  PRESRPT=Y RPTREQ =PRES BONDF=
  |         |   |TPHR=05/C/PRELIM HRG, DOP
  |         |   |HEARFIND=02/GUILTY/NOLO PLEA ACCEPT.BY COURT
  |/CAL:PRELIMINARY HEARING/X: THE PEOPLE'S ORAL MOTION TO AMEND THE COMPLAIN
  |T TO ADD COUNT 4, 32PC, AFELONY IS GRANTED,/FAWC/IRRC/ /TEXT:DEFT ADV & P
  |ERS WVS CONST & CITZ RTS ENT PLEA(S) OF NL/DEFT ADV NL: 4/NOLO/CO:NEGOTIA
  |TED DISPOSITION/PRES:09-13-18/PPRF/REMA/ARBUCKLE/
_____
S01|08242018|AD |1500|FELONY PLEA TX FILED                                SCLN
_____
S01|08242018|AD |1500|FELONY PLEA TX FILED
_____
M09|09132018|SN |PD = CARPINO/CRYSTAL       DA = DELGADO/BRITTNEY         ACES
  |  0900   |   |DEFPRES=N DEFSTAT=FUGI   PLEA= NEWPLEA=  BW=F
  |         |   |FINDING=G
  |/CAL:SENTENCE/FTA/ACMRVKD/BWI/NB/BWNUM:1ST/NIGHTSERV/
_____
701|10262022|AD |                                                         SFTC
  |warrantreason=FTA
_____
S01|10262022|AD |0548|
  |Warrant - Bench Warrant Return  09/13/18 FTA SENTENCE 1ST BW
_____
```

# EXHIBIT 2

# San Francisco Criminal Court
## Minute Order

| | | | |
|---|---|---|---|
| **Case Title** | The People v. HERNANDEZ | **Department** | Department 22 |
| **Case Number** | CRI-22012800 | **Judge** | Christopher Hite |
| **Hearing Type** | Arraignment | **Hearing Date** | 11-30-2022 09:00 AM |
| **Clerk** | C. Sabugo | **Court Reporter** | A. Vaughn |
| **Interpreter** | | **Court Officer** | |

| | |
|---|---|
| **Text** | Defendant not present. |
| **Add Special Appearance** | KAREN CATALONA making special appearance for San Francisco District Attorney's Office. |
| **Add Special Appearance** | MARK JACOBS making special appearance for San Francisco Public Defender's Office. |
| **Filing** | No appearance by defendant. The Court orders that a bench warrant is ordered and stayed to 12/07/22 in the amount of $ 50,000. |
| **Hearing** | Case continued to 12/07/2022 9:00 AM in Department 22 for Bench Warrant Stay. Counsel shall notify defendant is ordered to appear at the next court hearing. |
| **Hearing Status** | Status for This Hearing set to Occurred |
| **Add Hearing Outcome** | Outcome(s) of the current hearing recorded as Bench Warrant Stayed. |

# EXHIBIT 3

# San Francisco Criminal Court
## Minute Order

| | | | |
|---|---|---|---|
| **Case Title** | The People v. HERNANDEZ | **Department** | Department 22 |
| **Case Number** | CRI-22012800 | **Judge** | Christopher Hite |
| **Hearing Type** | Bench Warrant Stay | **Hearing Date** | 12-07-2022 09:00 AM |
| **Clerk** | S. Tang | **Court Reporter** | K. Jennings |
| **Interpreter** | | **Court Officer** | |

| | |
|---|---|
| **Add Special Appearance** | MARIA SHIH making special appearance for San Francisco District Attorney's Office. |
| **Add Special Appearance** | PHOENIX STREETS making special appearance for San Francisco Public Defender's Office. |
| **Text** | Defendant not present. |
| **Filing** | The stay of execution on bench warrant ordered on _____ is lifted. The Bench warrant now issues. |
| **Edit Bond** | Bail status is amended to Satisfied. |
| **Edit Bond Posting** | The defendant's release on O.R. (2022-004229) is ordered Terminated. |
| **Edit Bond Posting** | The defendant's release on O.R. (2022-004229) is ordered Revoked. |
| **Add Bond** | Bail is set in the amount of $50,000.00. |
| **Add Warrant** | No appearance by MAURICIO HERNANDEZ. The Court orders that a Bench warrant is Issued. This warrant may be served day or night. |
| **Text** | 1 of 2 Bench Warrants Issued this date. |
| **Hearing Status** | Status for This Hearing set to Occurred |
| **Add Hearing Outcome** | Outcome(s) of the current hearing recorded as Bench Warrant Issued. |

# EXHIBIT 4

Oct. 25. 2022  9:43AM  ~~R COURT OF THE CITY AND COUNTY OF SAN FRA~~No. 8154  P. 2
**STATE OF CALIFORNIA**

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, Plaintiff, vs. Mauricio Hernandez Defendant, SFNO ███ | Court No. 18011748   Superior Ct. No. _____ STAY AWAY ORDER – **NARCOTICS OFFENSE** SFPD DISTRICT STATION _____ Sex: ☒ Male ☐ Female   Height: 5'9"   Weight: 137 Hair Color: BLK   Eye Color: BRO Race: H   Age: 22   DOB: ███ |

The above named defendant has been ☐ Convicted ☒ Accused of an offense pursuant to Section 11352 of the Health and Safety Code of the State of California, which occurred at the following location: 1101 Market St., San Francisco, CA _____. Based on the available facts and nature of the offense, the Court finds good cause to issue the following order, effective immediately:

---

**The DEFENDANT IS HEREBY ORDERED TO STAY AWAY FROM THE FOLLOWING LOCATION(s):**

1. ☒  At least 150 yards away from the above named location(s) of arrest.

2. ☐  Other: _____

3. ☐  At least 150 yards away from all San Francisco Housing Authority Properties.

*[ENDORSED / FILED stamp: Superior Court of California, County of San Francisco, AUG 02 2018, CLERK OF THE COURT, By _____ Deputy Clerk]*

---

The above named defendant appeared in person before the Court on this date, and was informed of the contents of this Order, and was personally served with a written copy of this Order. This order shall remain in effect during the time the defendant is under the jurisdiction of the Court, including any probationary period.

**VIOLATION OF THIS ORDER IS A CRIMINAL OFFENSE UNDER PENAL CODE SECTION 166(a) (4) and may constitute probable cause for an arrest.**

DATE: 8-2-18      _____
                    JUDGE OF THE SUPERIOR COURT

                    DEPARTMENT NO. 9

Complete if specific date known at time of plea/conviction:

☐ EXPIRATION OF ORDER _____      ☒ CASE PENDING
                     Month/Day/Year  (MMDDYY)

To be Completed by ID personnel only:
Date Entered: 8-6-18
By: O.N.                 D 81446

0402-12                              ID BUREAU

P. Ofc. Del Porto  #50        BL~       10-  **000041**

US-000043

# EXHIBIT 5

# San Francisco Criminal Court
## Minute Order

| | | | |
|---|---|---|---|
| **Case Title** | The People v. HERNANDEZ | **Department** | Department 10 |
| **Case Number** | CRI-22012800 | **Judge** | A Marisa Chun |
| **Hearing Type** | Bifurcated Preliminary Hearing | **Hearing Date** | 11-14-2022 09:00 AM |
| **Clerk** | R. Spears | **Court Reporter** | M. Viscio |
| **Interpreter** | J. Garascia, E. Averill | **Court Officer** | |

**Appearance** — MAURICIO HERNANDEZ (Defendant) present.

**Text** — The court finds that the interpreter used in this matter is certified / registered, that they have an oath on file with the court and that all provisions of Government Code 68561 have been satisfied.

**Add Special Appearance** — REVE BAUTISTA making special appearance for San Francisco District Attorney's Office.

**Add Special Appearance** — PHOENIX STREETS making special appearance for San Francisco Public Defender's Office.

**Text** — Witness sworn and examined on behalf of the People:
1) SFPD Officer Joseph Dal Porto
2) SFPD Sergeant Patrick Faye
3) SFPD Officer Timothy Macaulay
4) SFPD Officer Michael Montero

No witness(es) for Defense during this proceeding.

**Text** — People's exhibit(s) marked for identification and admitted into evidence:
3) 1-page document (photo of backpack with Nike logo)
4) 1-page document (photo of handgun)
5) 1-page document (photo of brass knuckles and gold spray can)

No exhibit(s) by Defense during this proceeding.

**Text** — Matter is argued and submitted.

**Outcome** — Motion - Motion to Suppress is Denied.

**Outcome** — Motion - Motion to Detain Defendant Without Bail is Denied.

**Set Disposition** — The Court dismisses Count(s) 1, 2, 8 pursuant to Penal Code Section 871, no sufficient cause found, and discharges defendant as to those count(s).

**Edit Bond** — Bail amended from $No Bail to $0.00.

**Add Bond Posting** — MAURICIO HERNANDEZ is released on OR - ACM, and is ordered to appear on next and all subsequent court dates(s).

**Text** — The Court orders defendant to contact ACM 4 time per week reporting (2-4 in person), participate in literacy program and drug treatment, no weaapons or ammunition or un parts, no illegal drugs, abide with stay away order, and 1035 search condition imposed.

**Filing** — Defendant is subject to a warrantless search condition, as to defendant's person, property, premises and vehicle, any time of the day or night, with or without probable cause, by any peace, parole or probation officer.

**Filing** — Agreement and Order Releasing Defendant on Own Recognizance is signed.

**Filing** — Stay Away Order from a Place:
7th and Stevenson in SF, CA - 150 yards is signed and filed in open court.

**Set Bound Over** — The magistrate finds that the offense(s) as charged in count(s) 3, 4, 5, 6, 7 of the complaint shown by the evidence, has been committed; that there is sufficient cause to believe the above-named defendant guilty thereof. It is ordered that said defendant be held to answer to the same.

**Filing** — Held to Answer Order is signed and filed.

| | |
|---|---|
| **Hearing** | Case continued to 11/30/2022 9:00 AM in Department 22 for Arraignment. Defendant ordered to appear at the next court hearing. |
| **Hearing Status** | Status for This Hearing set to Occurred |
| **Add Hearing Outcome** | Outcome(s) of the current hearing recorded as Held to Answer, Motion Denied. |